**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**MICHAEL STEVE TAYLOR**                                                            **PLAINTIFF**

**V.**                                  **CIVIL ACTION NO. 1:14-CV-00068-SA-SAA**

**TRY HOURS, INC. AND**
**JOHN DOES 1-5**                                                       **DEFENDANTS**

**JUDGMENT OF DISMISSAL WITH PREJUDICE**

THIS DAY this cause came on to be heard on the joint motion *ore tenus* ("motion") of Plaintiff Michael Steve Taylor ("Plaintiff") and Defendant Try Hours, Inc. ("Defendant") for a Judgment of Dismissal With Prejudice ("Judgment") of all claims of each and every nature pending in this action of Plaintiff against Defendant, and it being stipulated and made known to the Court that all of said claims have been fully compromised and settled as between Plaintiff and Defendant, and that there remain no issues to be litigated by or between Plaintiff and Defendant or adjudicated by the Court, and that Plaintiff and Defendant agree that all of said claims should be dismissed, with prejudice, and that Plaintiff and Defendant consent to the entry of this Judgment; the Court being fully advised in the premises, and having maturely considered same, is of the opinion and finds that the motion is well taken and should be sustained.

IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED that all claims pending in this action of Plaintiff against Defendant should be and the same are hereby dismissed, with prejudice, with all parties bearing their own costs.

IT IS FURTHER HEREBY ORDERED that Plaintiff shall resolve and be responsible for, to the exclusion of Defendant and/or Defendant's insurer and/or counsel, as part of the agreed settlement between the parties, any and all subrogation and/or assignment and/or

other claims of any health and/or automobile and/or other insurers of Plaintiff, medical care providers and/or suppliers to Plaintiff, workers' compensation carriers and/or employers of Plaintiff, Medicare and/or Medicaid and/or any other state or federal governmental or other entities providing benefits or services to Plaintiff and/or all other claims of all other persons or entities that exist as a result of the subject accident and/or any injuries to Plaintiff.

SO ORDERED AND ADJUDGED on this the 14th day of July, 2015.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE

AGREED AS TO CONTENT AND FORM:

/s/Casey L. Lott
CASEY L. LOTT (MSB #101766)
ATTORNEY FOR PLAINTIFF MICHAEL STEVE TAYLOR

/s/Sam S. Thomas
SAM S. THOMAS (MSB #8307)
ATTORNEY FOR DEFENDANT TRY HOURS, INC.